**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Eric Kave CONKLIN, Defendant–
Appellant.**

No. 07–7468.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 13, 2007.

Decided: Dec. 21, 2007.

Eric Kave Conklin, Appellant Pro Se. Dennis H. Lee, Commonwealth's Attorney's Office, Tazewell, Virginia, for Appellee.

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Kave Conklin appeals the district court's order denying his "Motion in Request of a Nunc Pro Tunc Order." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Conklin,* No. 1:03–cr–00096–jpj, 2007 WL 2746959 (W.D.Va. Sept. 20, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*